UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-00888-JLS-DFM            Date: February 22, 2021
Title:  Ariel Hall-Jones v. Golden State Credit Service, Inc

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                        Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: DISMISSAL**

     On January 19, 2021, the Court denied Plaintiff's Motion for Default Judgment and ordered that any further motion for default judgment "must be filed with fourteen (14) days of the date of this Order."  (Order, Doc. 17.)  To date, Plaintiff has not filed a renewed motion for default judgment.  Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than **five (5) days from the date of this Order**, why this action should not be dismissed.  Failure to timely and adequately respond to this Order will result in the immediate dismissal of this action without further notice.

                                                                       Initials of Deputy Clerk: mku