UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL HALL-JONES , an Individual<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE CREDIT SERVICE, INC., a California Corporation,<br><br>Defendants. | Case No: 8:20-cv-00888-JLS-DFM<br><br>**JUDGMENT** |

Consistent with the Court's Order Granting Default Judgment (Order, Doc. 26) entered on July 29, 2021, **IT IS ORDERED** that Judgment is entered in favor of Plaintiff Ariel Hall-Jones in the amount of $350 against Golden State Credit Service, Inc.

Dated: August 10, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE